Prospect Park Mgt., LLC v Williams (2021 NY Slip Op 50763(U))

[*1]

Prospect Park Mgt., LLC v Williams

2021 NY Slip Op 50763(U) [72 Misc 3d 137(A)]

Decided on July 30, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 30, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2019-18 K C

Prospect Park Management, LLC,
Respondent,
against
Latonya Williams, Appellant, et al., Undertenants.

The Legal Aid Society (Stephen Myers of counsel), for appellant.
Slochowsky & Slochowsky, LLP (Lauren Lewis and Michelle Slochowsky of counsel), for
respondent.

Appeal from an amended decision of the Civil Court of the City of New York, Kings County
(Cheryl J. Gonzales, J.), dated October 9, 2018, deemed from a final judgment of that court
entered September 28, 2018 (see CPLR 5512 [a]). The final judgment, upon the amended
decision, after a nonjury trial, awarded landlord possession in a licensee summary
proceeding.

ORDERED that final judgment is affirmed, without costs. 
Landlord commenced this licensee proceeding (see RPAPL 713 [7]) in 2014 against
Latonya Williams (occupant) seeking possession of a rent-stabilized apartment after the tenant of
record, Willette Johnson, died in April 2013. Occupant alleged that she was entitled to
succession because she was tenant's granddaughter and had lived in the apartment with tenant in
the two years prior to tenant's death. Occupant appeals from a final judgment which, pursuant to
an amended decision, after a nonjury trial, awarded landlord possession. 
Upon a review of the record, we find no basis to disturb the Civil Court's determination that
occupant did not meet her affirmative obligation to establish that the apartment was her primary
residence during the two years prior to the tenant's death (see Rent Stabilization Code
§§ 2520.6 [o]; 2523.5 [b] [1]; Gottlieb v Licursi, 191 AD2d 256 [1993]; 53 W. 144th LLC v Veras, 65 Misc 3d
142[A], 2019 NY Slip Op 51718[U] [App Term, 1st Dept 2019]; Knoll v Cruz, 51 Misc 3d 146[A],
2016 NY Slip Op 50743[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]). We
reach no other issue. 
Accordingly, the final judgment is affirmed. 
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 30, 2021